Honorable Judge Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASEY J. RIBAUDO, | Case No. 2:22-cv-00863-LK |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF BENSY BENJAMIN** |
| vs. | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON and THE FACEBOOK LONG TERM GROUP DISABILITY INCOME PLAN, | |
| Defendants. | |

PLEASE TAKE NOTICE that Bensy Benjamin hereby withdraws her appearance as counsel for Defendant Lincoln Life Assurance Company of Boston, n/k/a The Lincoln National Life Insurance Company, in the above-captioned action, and requests that her name be removed from the Court's and parties' service lists. Russell S. Buhite of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. will continue to serve as counsel for Defendant, and all future correspondence and papers in this action should continue to be directed to him.

///
///
///
///

NOTICE OF WITHDRAWAL
OF BENSY BENJAMIN - 1
Case No. 2:22-cv-00863-LK

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

1  DATE: December 13, 2022

2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

3  By: */s/ Bensy Benjamin*
Bensy Benjamin, WSBA #53842
4  1201 Third Avenue, Suite 5150
Seattle, WA  98101
5  Telephone:  (206) 693-7057
Facsimile:  (206) 693-7058
6  Email:  bensy.benjamin@ogletree.com

*/s/ Russell S. Buhite*
Russell S. Buhite, WSBA #41257
1201 Third Ave., Suite 5150
Seattle, WA 98101
Phone: (206) 693-7052
Email: russell.buhite@ogletree.com

*Counsel for Defendant The Lincoln National Life Insurance Company*

NOTICE OF WITHDRAWAL
OF BENSY BENJAMIN - 2
Case No. 2:22-cv-00863-LK

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2022, I served the foregoing NOTICE OF WITHDRAWAL OF BENSY BENJAMIN via the method(s) below on the following parties:

> Eleanor Hamburger, WSBA #26478
> Richard E. Spoonemore, WSBA #21833
> SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
> 3101 Western Avenue, Suite 350
> Seattle, WA  98121
> Telephone: (206) 223-0303
> Facsimile: (206) 223-0246
> Email:   ehamburger@sylaw.com
>          rspoonemore@sylaw.com
>
> Megan E. Glor, *admitted pro hac vice*
> MEGAN E. GLOR, ATTORNEYS AT LAW
> 707 NE Knott Street, Suite 101
> Portland, OR  97212
> Telephone: (503) 223-7400
> Facsimile: (503) 751-2071
> Email:  megan@meganglor.com
>
> *Attorneys for Plaintiff CASEY J. RIBAUDO*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 13th day of December, 2022 at Seattle, Washington.

> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
> By: */s/ Valencia H. Mayfield*
>     Valencia H. Mayfield, Practice Assistant
>     Valencia.mayfield@ogletree.com

NOTICE OF WITHDRAWAL
OF BENSY BENJAMIN - 3
Case No. 2:22-cv-00863-LK

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058