United States District Court, Western District of Washington, at Seattle

Casey J Ribaudo

Plaintiff/Petitioner

vs.

Lincoln Life Assurance Company of Boston

Defendant/Respondent

Cause No.: 2:22-cv-00863
Hearing Date:

AFFIDAVIT OF SERVICE OF
SUMMONS; COMPLAINT; APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; STANDING ORDER FOR ALL CIVIL CASES; CIVIL COVERSHEET

The undersigned hereby being duly sworn, deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, a resident of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness

On the **5th day of July, 2022** at **1:42 PM** at the address of **1 Hacker Way Menlo Park, CA 94025**; this affiant served the above described documents upon **The Facebook Long Term Group Disability Income Plan** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Veronica Zabajnik**, I delivered the documents to Veronica Zabajnik who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs. No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: $129.00

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

Date: 7·15·22

*J. Stz*

Tasia Stone
217 Gregg Drive
Los Gatos, CA 95032

Subscribed and sworn before me this 15 day of July, 2022.
Jean L. Lee, Notary Public
a Notary Public in the State of California
Executed in San Jose, Santa Clara

JEAN L. LEE
COMM. # 2385465
NOTARY PUBLIC • CALIFORNIA
SANTA CLARA COUNTY
MY COMM. EXP. DECEMBER 5, 2025

CA NOTARY
CERTIFICATE
ATTACHED

ORIGINAL PROOF OF SERVICE



Tracking #: 0089454551


# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Santa Clara_____)

On __07/15/2022__ before me, __Jean L. Lee, Notary Public_____
(insert name and title of the officer)

personally appeared _____Tasia Stone_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____[signature]_____         (Seal)

JEAN L. LEE
COMM. # 2385465
NOTARY PUBLIC • CALIFORNIA
SANTA CLARA COUNTY
MY COMM. EXP. DECEMBER 5, 2025