**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

CASEY J. RIBAUDO,

       Plaintiff,

  vs.

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON and THE FACEBOOK LONG
TERM GROUP DISABILITY INCOME
PLAN,

      Defendants

Case No. 2:22-cv-00863-KKE

**ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF CASE
MANAGEMENT DEADLINES**

     Plaintiff Casey J. Ribaudo ("Plaintiff"), and Defendant Lincoln Life Assurance Company of Boston, now known as The Lincoln National Life Insurance Company ("Lincoln") have filed their Stipulated Motion for Extension of Case Management Deadlines, requesting up through and including November 13, 2023, for Lincoln to file its Administrative Record with the Court.

     IT IS HEREBY ORDERED that Lincoln shall file its Administrative Record on or before November 13, 2023.

Dated: <u>September 29, 2023</u>

<u>Kymberly K. Evanson</u>
Kymberly K. Evanson
United States District Judge

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR EXTENSION OF
CASE MANAGEMENT DEADLINES - 1
Case No. 2:22-cv-00863-KKE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Prepared By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7052
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

*Attorneys for Defendants The Lincoln National*
*Life Insurance Company and The Facebook*
*Long-Term Group Disability Plan*


Approved as to Form; Presentation Waived

SIRIANNI YOUTZ SPOONEMORE
HAMBURGER PLLC

By: */s/ Eleanor Hamburger*
    Eleanor Hamburger, WSBA #26478
    Richard E. Spoonemore, WSBA #21833
    3101 Western Avenue, Suite 350
    Seattle, WA  98121
    Telephone: (206) 223-0303
    Facsimile: (206) 223-0246
    Email:   ehamburger@sylaw.com
           rspoonemore@sylaw.com

MEGAN E. GLOR, ATTORNEYS AT LAW

By: */s/ Megan E. Glor*
    Megan E. Glor (*admitted pro hac vice*)
    707 NE Knott Street, Suite 101
    Portland, OR  97212
    Telephone:  (503) 223-7400
    Facsimile:  (503) 751-2071
    Email:   megan@meganglor.com

*Attorneys for Plaintiff Casey J. Ribaudo*

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR EXTENSION OF
CASE MANAGEMENT DEADLINES - 2
Case No. 2:22-cv-00863-KKE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058