UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASEY RIBAUDO,<br><br>              Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON and THE FACEBOOK LONG TERM GROUP DISABILITY INCOME PLAN,<br><br>              Defendants. | Case No. 2:22-cv-00863-KKE<br><br>**ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME** |

The parties having filed a Stipulated Motion for Extension of Time to extend the deadlines to file the administrative record and the parties' dispositive motions;

IT IS HEREBY ORDERED THAT:

The deadline to file the administrative record is hereby extended, from November 13, 2023, to February 11, 2024.

/ / / /

/ / / /

ORDER GRANTING JOINT STIPULATED MOTION FOR
EXTENSION OF TIME - Page 1
Case No. 2:22-cv-00863-kke

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

The deadline to file dispositive motions is hereby extended, from December 1, 2023, to February 29, 2024.

Dated: November 14, 2023

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

Prepared by:

SIRIANNI YOUTZ SPOONEMORE HAMBURGER

By: *s/ Eleanor Hamburger*
By: *s/ Richard E. Spoonemore*
Eleanor Hamburger (WSBA #26478)
Richard E. Spoonemore (WSBA #21833)
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone: (206) 223-0303
Facsimile: (206) 223-0246
ehamburger@sylaw.com
rspoonemore@sylaw.com

MEGAN E. GLOR, ATTORNEYS AT LAW

By: *s/ Megan E. Glor*
Megan E. Glor (OSB #930178)
(admitted *pro hac vice*)
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Facsimile: (503) 751-2071
megan@meganglor.com

Attorneys for Plaintiff

ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME - Page 2
Case No. 2:22-cv-00863-kke

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400

Approved as to Form; Presentation Waived:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/ Russell S. Buhite*
Russell S. Buhite (WSBA #41257)
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7052
Facsimile: (206) 693-7058
russell.buhite@ogletree.com

Attorneys for Defendants

ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME - Page 3
Case No. 2:22-cv-00863-kke

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400