UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CASEY J. RIBAUDO,<br><br>      Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON; and THE FACEBOOK LONG TERM GROUP DISABILITY INCOME PLAN,<br><br>      Defendants. | Case No. 2:22-cv-00863-KKE<br><br>**ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE** |

    Plaintiff Casey J. Ribaudo ("Plaintiff"), and Defendants Lincoln Life Assurance Company of Boston, now known as The Lincoln National Life Insurance Company ("Lincoln") and The Facebook Long Term Group Disability Income Plan ("Facebook") (collectively, the "Parties"), have filed their Joint Stipulated Motion for Dismissal Without Prejudice.

    IT IS HEREBY ORDERED that the Parties' Joint Stipulated Motion for Dismissal Without Prejudice is hereby GRANTED, and the above-captioned matter is dismissed without prejudice, with each party to bear their own costs and fees.

Dated: May 14, 2024

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE - 1
Case No. 2:22-cv-00863-KKE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA 98101
    Telephone:  (206) 693-7057
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

*Attorneys for Defendants The Lincoln National Life Insurance Company and The Facebook Long Term Group Disability Plan*


Approved as to Form; Presentation Waived:

SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC

By: */s/ Eleanor Hamburger*
By: */s/ Richard E. Spoonemore*
    Eleanor Hamburger, WSBA #26478
    Richard E. Spoonemore, WSBA #21833
    3101 Western Avenue, Suite 350
    Seattle, WA 98121
    Telephone:  (206) 223-0303
    Facsimile:  (206) 223-0246
    Email:    ehamburger@sylaw.com
                rspoonemore@sylaw.com

MEGAN E. GLOR, ATTORNEYS AT LAW

By: */s/ Megan E. Glor*
    Megan E. Glor, OSB #930178
    (admitted *pro hac vice*)
    707 NE Knott Street, Suite 101
    Portland, OR  97212
    Telephone:  (503) 223-7400
    Facsimile:  (503) 751-2071
    Email:  megan@meganglor.com

*Attorneys for Plaintiff Casey J. Ribaudo*

ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE - 2
Case No. 2:22-cv-00863-KKE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058